No. 987.  SABINE TOWING CO., INC. *v.* CONTINENTAL INSURANCE CO., INC.  June 2, 1941.  Petition for writ of

certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. A. Grace* for petitioner. *Messrs. Arthur M. Boal* and *H. C. Hughes* for respondent. █